IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V. ) | CASE NO.: 4:07-1045 |
| ) | |
| ) | |
| JOHN R. WILLIAMSON, ) | |
|     Defendant. ) | |

## WITHDRAWAL OF APPEAL

I do not wish to appeal my conviction or sentence.

This  9th  day of August, 2008.

                                                  /s/ John Williamson
                                                  JOHN WILLIAMSON